B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Central District of California | VOLUNTARY PETITION |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Triko, LLC, a California limited liability company | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): 200414210206 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>10642 Lower Azusa Road, Unit G<br>El Monte, California<br>ZIP CODE 91731 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: Orange | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>Same as above<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>104, 120-174 North Raymond Avenue, Fullerton, California | ZIP CODE 92831 |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☒ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>------------------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)           Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Triko, LLC, a California limited liability company |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/13) | Page 3

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Triko, LLC, a California limited liability company |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Michael B. Reynolds
Signature of Attorney for Debtor(s)
Michael B. Reynolds
Printed Name of Attorney for Debtor(s)
Snell & Wilmer L.L.P.
Firm Name
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626-7689
Address
714.427.7000
Telephone Number
9/22/14
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Deanna Ko
Signature of Authorized Individual
Deanna Ko
Printed Name of Authorized Individual
Managing Member
Title of Authorized Individual
9/22/2014
Date

American LegalNet, Inc.
www.FormsWorkflow.com

COMPANY RESOLUTION

MEMBERS OF TRIKO, LLC, HOLDING A MAJORITY-IN-INTEREST
OF THE MEMBERSHIP INTERESTS THEREOF

Dated this __19__ day of September 2014

Pursuant to the applicable provisions of the California Corporations Code, the undersigned, constituting a Majority-in-Interest of the Members of Triko, LLC (the "Company"), do hereby dispense with the formality of a meeting of the members and do hereby approve the resolution set forth herein and consent in writing to its adoption:

Be it hereby resolved:

1. Managers. Currently, there are four members of the Company: Deanna Ko ("Deanna"), Fiona Ko ("Fiona"), Landry Ko ("Landry") and Lingoi Ko ("Lingoi"). Herman Hungyum Ko ("Herman"), to the extent he continues to have any membership interests, hereby assents to the actions taken herein.

   The members of the Company do hereby unanimously agree that Deanna, Fiona and Landry shall be the managing members of the Company, and shall have all the powers and rights of managers as set forth in the Company's Operating Agreement (the "Agreement").

   As set forth herein, the Company is authorizing a bankruptcy of the Company, as well as a sale of all of the Company's property. For all purposes related to this bankruptcy and this sale, the members of the Company unanimously agree that Deanna shall have the sole power to act as the Company's managing member.

2. Sale of Property. Deanna, as the Company's manager, is authorized to sell all of the property of the Company. Accordingly, she is authorized to enter into such negotiations and transactions as are necessary to effectuate said sale and, in accordance with her fiduciary duties to the Company, to obtain the best possible price under the circumstances.

3. Foreclosure. Deanna, as the Company's manager, is authorized to enter into negotiations and discussions with all creditors of the Company, including any and all lenders to the Company. This includes, without limitation, Raymond Group, LLC and East West Bank (collectively, "Lenders"), who are attempting to foreclose on the Company's real property located at 104, 120-174 North Raymond Avenue, Fullerton, California 92831 (the "Raymond Property").

4. <u>Bankruptcy</u>. WHEREAS, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court for the Central District of California, Santa Ana Division pursuant to chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Deanna, as the acting managing member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a voluntary chapter 11 bankruptcy petition on behalf of the Company; and

Be It Further Resolved, that Deanna, as the acting managing member of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Deanna, as the acting managing member of this Company, is authorized and directed to employ Michael B. Reynolds, attorney and the law firm of Snell & Wilmer L.L.P. to represent the Company in such bankruptcy case.

Concurring, all members and former members of the Company:

Dated: September 19, 2014    _____
                              Lingoi Ko

Dated: September 19, 2014    _____
                              Herman Hungyum Ko

Dated: September 19, 2014    _____
                              Landry Ko

Dated: September 19, 2014    _____
                              Deanna Ko

Dated: September 19, 2014    _____
                              Fiona Ko

20103870.1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael B. Reynolds (Bar No. 174534)<br>Brett H. Ramsaur (Bar No. 281566)<br>Snell & Wilmer L.L.P.<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626-7689<br>Telephone: (714) 427-7000; Facsimile: (714) 427-7799<br>☒ *Attorney for:* Debtor, Triko, LLC | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Triko, LLC<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists — Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: _____
☒ Other: Emergency Petition — Date Filed: September 22, 2014

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

DocuSigned by:
*Deanna Ko*                                         9/22/2014
Signature of Authorized Signatory of Filing Party    Date

Deanna Ko
*Printed Name of Authorized Signatory of Filing Party*

Managing Member
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

*[signature]*                                        9/22/14
Signature of Attorney for Filing Party               Date

Michael B. Reynolds
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

# United States Bankruptcy Court
## Central District Of California

In re Triko, LLC,  
_____ Debtor _____

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| City of Fullerton 303 W. Commonwealth Ave Fullerton, CA 92832 | | Trade Debt | | 249.87 |
| Farmers Insurance 3351 San Gabriel Blvd. Rosemead, CA 91770 | | Trade Debt | | 155.57 |
| CatsUSA Pest Control 5683 Whitnall Highway North Hollywood, CA 91601 | | Trade Debt | | 194.00 |
| Ching & Wu, LLP 600 S. Lake Ave Pasadena, CA 91106 | | Contract Debt | | 15.00 |
| Southwest Patrol, Inc. 838 N. Diamond Bar Blvd Diamond Bar, CA 91765 | | Trade Debt | | 907.20 |
| Ironstone Group P.O. Box 500211 San Diego, CA 92150 | | Trade Debt | | 1,084.24 |
| Allied Insurance 524 S. Rosemead Blvd Rosemead, CA 91107 | | Trade Debt | | 12,832.00 |
| Moreno Bowling Group LLC 2115 Crescent Ave, #216 Anaheim, CA 92801 | | Guarantee of Bank Loan | | 563,125.00 |

20104491.1

*[Declaration as in Form 2]*

American LegalNet, Inc.  
www.USCourtForms.com

| | |
|---|---|
| Mark S. Eisenberg<br>12121 Wilshire Blvd<br>Suite 600<br>Los Angeles, CA 90025 | Contract Debt |
| ABM Electrical & Lighting Solutions<br>152 Technology Dr<br>Irvine, CA 92618 | Trade Debt |

Date: 9/22/2014

DocuSigned by:
Demako
Debtor34BD22A0472

20104491.1                    *[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael B. Reynolds (Bar No. 174534)<br>Brett H. Ramsaur (Bar No. 281566)<br>Snell & Wilmer L.L.P.<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626<br>Telephone: (714) 427-7000<br>Facsimile: (714) 427-7799<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>Triko, LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(d)]** |
|---|---|

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 9/22/2014

_DocuSigned by:_
Danake
Debtor's signature

Date: _____

Joint Debtor's signature (if applicable)

Date: 9/22/14

Attorney's signature (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

July 2014                                                                                                    MAILING.LIST.VERIFICATION

Triko LLC
10642 Lower Azusa Road Unit G
El Monte, CA  91731


Michael Reynolds Esq
Snell and Wilmer LLP
600 Anton Blvd Suite 1400
Costa Mesa, CA  92626-7689


United States Trustee
Office of the United States Trustee
411 West Fourth Street Suite 9041
Santa Ana, CA  92701

Raymond Group LLC
1632 S Clementine Ave
Anaheim, CA 92802


East West Bank
23737 Hawthorne Blvd
Torrance, CA 90505


City of Fullerton
303 W Commonwealth Ave
Fullerton, CA 92832


Farmers Insurance
3351 San Gabriel Blvd
Rosemead, CA 91770


CatsUSA Pest Control
5683 Whitnall Highway
North Hollywood, CA 91601


Ching & Wu LLP
600 S Lake Ave
Pasadena, CA 91106


Southwest Patrol Inc
838 N Diamond Bar Blvd
Diamond Bar, CA 91765


Ironstone Group
PO Box 500211
San Diego, CA 92150


Allied Insurance
524 S Rosemead Blvd
Rosemead, CA 91107

Moreno Bowling Group LLC
2115 Cresent Ave No 216
Anaheim, CA  92801


Mark S Eisenberg
12121 Wilshire Blvd Suite 600
Los Angeles, CA  90025


ABM Electrical & Lighting Solutions
152 Technology Dr
Irvine, CA  92618